IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HUNTER HOLDINGS, LLC, a Nevada
limited liability company; *et
al.*,                                          3:16-cv-00664-HDM-WGC

      Plaintiffs,                          ORDER

  vs.

NASHUA HOMES OF IDAHO, INC.,
an Idaho corporation; *et al.*,

      Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria Navarro for reassignment

    It is so Ordered.

    Dated this 18th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE