**ROBERTSON & ASSOCIATES, LLP**
ALEXANDER ROBERTSON, IV (Nevada Bar No. 8642)
   *arobertson@arobertsonlaw.com*
32121 Lindero Canyon Road, Suite 200
Westlake Village, California 91361
Telephone:  (818) 851-3850

**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
G. LANCE COBURN, ESQ. (Nevada Bar No. 6604)
   *lance.coburn@procopio.com*
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada  89169
Telephone: (702) 216-2687

Attorneys for Plaintiffs ARGENTA RIM,
LLC, and HUNTER HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| HUNTER HOLDINGS, LLC, a Nevada limited liability company; ARGENTA RIM, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>NASHUA HOMES OF IDAHO, INC., an Idaho corporation; MOBILE HOME LOCATORS, INC., dba MHL, INC., an Idaho corporation; SCOTT HECK, an Idaho resident; CHRISTY CORPORATION, LTD, a Nevada professional corporation; SCOTT A. CHRISTY, P.E., an individual, inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM. | Case No. 3:16-cv-00664-MMD-WGC<br><br>**STIPULATION AND ORDER TO** ~~**CONTINUE THE HEARING AND**~~ **EXTEND DATES AND DEADLINES ON CHRISTY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Magistrate Judge William G. Cobb, Courtroom 2 |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by and between Plaintiffs, HUNTER HOLDINGS, LLC and ARGENTA RIM, LLC, by and through their attorneys of record, Robertson & Associates, LLP and Procopio, Cory, Hargreaves & Savitch, LLP, and Defendants, CHRISTY CORPORATION, LTD and SCOTT A. CHRISTY, P.E. (hereinafter collectively referred to as "CHRISTY"), by and through their attorneys of record, RANDS, SOUTH & GARDNER, to continue the hearing and extend the dates and deadlines related to CHRISTY's Motion for Summary Judgment in this matter.

WHEREAS, on or about February 12, 2018, CHRISTY filed a Motion for Summary Judgment in this case (Document 60);

WHEREAS, Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment must currently be filed on or before March 5, 2018;

WHEREAS, CHRISTY's Reply to Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment must currently be filed on or before March 19, 2018;

WHEREAS, counsel for Plaintiffs and counsel for CHRISTY are currently discussing a possible settlement between the parties;

WHEREAS, Plaintiffs do not want to incur the time or expense in preparing an Opposition if they can settle the case with CHRISTY;

WHEREAS, CHRISTY is amenable to a reasonable postponement of the scheduling of the hearing on their Motion for Summary Judgment and continuances of the deadlines for the filing of Plaintiffs' Opposition and CHRISTY's Reply to CHRISTY's Motion for Summary Judgment; and

WHEREAS, a trial date has not yet been set in this case.

**IT IS HEREBY STIPULATED AS FOLLOWS:**

The deadline for Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment shall be continued from March 5, 2018 to May 4, 2018;

/ / /

1     The deadline for CHRISTY's Reply to Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment shall be continued from March 19, 2018 to May 18, 2018; and

    The hearing on CHRISTY's Motion for Summary Judgment shall be scheduled for a date and time based on the Court' calendar.

**IT IS SO STIPULATED.**

DATED: March 1, 2018            ROBERTSON & ASSOCIATES, LLP

By:   */s/ Alexander Robertson, IV*
     Alexander Robertson, IV, Esq.

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
G. Lance Coburn, Esq.

*Attorneys for Plaintiffs ARGENTA RIM, LLC, and HUNTER HOLDINGS, LLC*

DATED: March 1, 2018            RANDS, SOUTH & GARDNER

By:   */s/ Brett K. South*
     Brett K. South, Esq.

*Attorneys for CHRISTY CORPORATION, LTD, a Nevada professional corporation, and SCOTT A. CHRISTY, P.E., an individual*

## ORDER

**IT IS HEREBY ORDERED** that the hearing and dates and deadlines related to CHRISTY's Motion for Summary Judgment in the above-entitled matter shall be modified to reflect the following new dates and deadlines:

(1) The deadline for Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment shall be continued from March 5, 2018 to May 4, 2018;

(2) The deadline for CHRISTY's Reply to Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment shall be continued from March 19, 2018 to May 18, 2018; and

~~(3) The hearing on CHRISTY's Motion for Summary Judgment shall be scheduled for _____ at _____ in Department _____ of the above-entitled Court.~~

DATED: This __1st__ day of __March__, 2018.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

ROBERTSON & ASSOCIATES, LLP

*/ s / Alexander Robertson, IV*
_____
ALEXANDER ROBERTSON, IV, ESQ.
Nevada Bar No. 8642
32121 Lindero Canyon Road, Suite 200
Westlake Village, California 91361
Telephone (818) 851-3850
arobertson@arobertsonlaw.com

*Attorneys for Plaintiffs, ARGENTA RIM, LLC and HUNTER HOLDINGS, LLC*

**ECF ATTESTATION**

I, ALEXANDER ROBERTSON, IV, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING AND EXTEND DATES AND DEADLINES ON CHRISTY'S MOTION FOR SUMMARY JUDGMENT**. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from Brett K. South, Esq., counsel for CHRISTY CORPORATION, LTD and SCOTT A. CHRISTY, P.E., and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED: March 1, 2018          ROBERTSON & ASSOCIATES, LLP

By: */ s / Alexander Robertson, IV*
ALEXANDER ROBERTSON, IV
Attorneys for Plaintiffs and The Proposed Class

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1ST day of March, 2017, the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING AND EXTEND DATES AND DEADLINES ON CHRISTY'S MOTION FOR SUMMARY JUDGMENT** was filed and served electronically via the Court's CM/ECF system to all CM/ECF participants listed on the e-service master list.

*/ s / Ann Russo*

An employee of the law firm of
Robertson & Associates, LLP