**ROBERTSON & ASSOCIATES, LLP**
ALEXANDER ROBERTSON, IV (Nevada Bar No. 8642)
 *arobertson@arobertsonlaw.com*
32121 Lindero Canyon Road, Suite 200
Westlake Village, California 91361
Telephone: (818) 851-3850

**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
G. LANCE COBURN, ESQ. (Nevada Bar No. 6604)
 *lance.coburn@procopio.com*
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 216-2687

Attorneys for Plaintiffs ARGENTA RIM, LLC, and HUNTER HOLDINGS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| HUNTER HOLDINGS, LLC, a Nevada limited liability company; ARGENTA RIM, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>NASHUA HOMES OF IDAHO, INC., an Idaho corporation; MOBILE HOME LOCATORS, INC., dba MHL, INC., an Idaho corporation; SCOTT HECK, an Idaho resident; CHRISTY CORPORATION, LTD, a Nevada professional corporation; SCOTT A. CHRISTY, P.E., an individual, inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM. | Case No. 3:16-cv-00664-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DATES AND DEADLINES ON CHRISTY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Magistrate Judge William G. Cobb, Courtroom 2 |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by and between Plaintiffs, HUNTER HOLDINGS, LLC and ARGENTA RIM, LLC, by and through their attorneys of record, Robertson & Associates, LLP and Procopio, Cory, Hargreaves & Savitch, LLP, and Defendants, CHRISTY CORPORATION, LTD and SCOTT A. CHRISTY, P.E. (hereinafter collectively referred to as "CHRISTY"), by and through their attorneys of record, RANDS, SOUTH & GARDNER, to further extend the dates and deadlines related to CHRISTY's Motion for Summary Judgment in this matter.

WHEREAS, on or about February 12, 2018, CHRISTY filed a Motion for Summary Judgment in this case (Document 60);

WHEREAS, Plaintiffs and CHRISTY previous filed a Stipulation and Proposed Order to the Court to extend the dates and deadlines relating to CHRISTY's Motion for Summary Judgment;

WHEREAS, on March 1, 2018, the Honorable Miranda M. Du, District Judge, issued an Order extending the dates and deadlines relating to CHRISTY's Motion for Summary Judgment;

WHEREAS, Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment must currently be filed on or before May 4, 2018;

WHEREAS, CHRISTY's Reply to Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment must currently be filed on or before May 18, 2018;

WHEREAS, all parties in this case including Plaintiffs and CHRISTY have agreed to mediate the above-entitled case;

WHEREAS, the soonest available date that was acceptable to all parties to mediate the case is May 23, 2018;

WHEREAS, Plaintiffs do not want to incur the time or expense in preparing an Opposition if they can settle the case with CHRISTY;

/ / /

/ / /

WHEREAS, CHRISTY is amenable to reasonable continuances of the deadlines for the filing of Plaintiffs' Opposition and CHRISTY's Reply to CHRISTY's Motion for Summary Judgment; and

WHEREAS, a trial date has not yet been set in this case.

**IT IS HEREBY STIPULATED AS FOLLOWS:**

The deadline for Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment shall be continued from May 4, 2018 to June 6, 2018; and

The deadline for CHRISTY's Reply to Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment shall be continued from May 18, 2018 to June 20, 2018.

**IT IS SO STIPULATED.**

DATED: May 2, 2018            ROBERTSON & ASSOCIATES, LLP

By: */s/ Alexander Robertson, IV*
Alexander Robertson, IV, Esq.

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
G. Lance Coburn, Esq.

*Attorneys for Plaintiffs ARGENTA RIM, LLC, and HUNTER HOLDINGS, LLC*

DATED: May 2, 2018            RANDS, SOUTH & GARDNER

By: */s/ Brett K. South*
Brett K. South, Esq.

*Attorneys for CHRISTY CORPORATION, LTD, a Nevada professional corporation, and SCOTT A. CHRISTY, P.E., an individual*

# ORDER

**IT IS HEREBY ORDERED** that the dates and deadlines related to CHRISTY's Motion for Summary Judgment in the above-entitled matter shall be modified to reflect the following new dates and deadlines:

(1) The deadline for Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment shall be continued from May 4, 2018 to June 6, 2018; and

(2) The deadline for CHRISTY's Reply to Plaintiffs' Opposition to CHRISTY's Motion for Summary Judgment shall be continued from May 18, 2018 to June 20, 2018.

DATED: This __2nd__ day of __May__, 2018.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

ROBERTSON & ASSOCIATES, LLP

/ s / Alexander Robertson, IV
_____
ALEXANDER ROBERTSON, IV, ESQ.
Nevada Bar No. 8642
32121 Lindero Canyon Road, Suite 200
Westlake Village, California 91361
Telephone (818) 851-3850
arobertson@arobertsonlaw.com

*Attorneys for Plaintiffs, ARGENTA RIM, LLC and HUNTER HOLDINGS, LLC*

**ECF ATTESTATION**

I, ALEXANDER ROBERTSON, IV, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DATES AND DEADLINES ON CHRISTY'S MOTION FOR SUMMARY JUDGMENT**. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from Brett K. South, Esq., counsel for CHRISTY CORPORATION, LTD and SCOTT A. CHRISTY, P.E., and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED: May 2, 2018              ROBERTSON & ASSOCIATES, LLP

                                By: */ s / Alexander Robertson, IV*
                                    ALEXANDER ROBERTSON, IV
                                    Attorneys for Plaintiffs and The Proposed Class

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of May, 2018, the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DATES AND DEADLINES ON CHRISTY'S MOTION FOR SUMMARY JUDGMENT** was filed and served electronically via the Court's CM/ECF system to all CM/ECF participants listed on the e-service master list.

*/ s / Ann Russo*

An employee of the law firm of
Robertson & Associates, LLP