Brett K. South, Esq.
Nevada Bar No: 3608
RANDS & SOUTH
9498 Double R Blvd., Ste. A
Reno, NV 89521
(775) 827-6464
(775) 827-6496 (fax #)
bsouth@rsgnvlaw.com

Attorneys for Defendants CHRISTY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

HUNTER HOLDINGS, LLC, a
Nevada limited liability company;
ARGENTA RIM, LLC, a Nevada
limited liability company,

Plaintiffs,

vs.

NASHUA HOMES OF IDAHO,
INC., an Idaho corporation; MOBILE
HOME LOCATORS, INC., dba
MHL, INC., an Idaho corporation;
SCOTT HECK, an Idaho resident;
CHRISTY CORPORATION, LTD., a
Nevada professional corporation;
SCOTT A. CHRISTY, P.E., an
individual, inclusive,
Defendants.

Case No.: 3:16-CV-00664 MMD (WGC)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, HUNTER HOLDINGS, LLC and ARGENTA RIM, LLC, by and through their attorneys of record, ROBERTSON & ASSOCIATES, LLP, and DEFENDANTS, CHRISTY CORPORATION LTD AND SCOTT A. CHRISTY, P.E., by and through their attorneys of record, Brett K. South of RANDS & SOUTH, that CHRISTY CORPORATION, LTD, and SCOTT A. CHRISTY, P.E. be dismissed with prejudice with each of the parties to bear their own costs and fees.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: 9-4-18 | DATED: 9/4/18 |
| ROBERTSON & ASSOCIATES, LLP | RANDS & SOUTH |
| By: _____<br>Alexander Robertson, IV, Esq.<br>Nevada Bar No.: 8642<br>32121 Lindero Canyon Road<br>Suite 200<br>Westlake Village, CA 91361<br>(818) 851-3850 | By: _____<br>Brett K. South, Esq.<br>Nevada Bar No.: 8608<br>9498 Double R Blvd.<br>Suite A<br>Reno, NV 89521<br>(775) 827-6464 |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES HERETO, through their respective counsel of record, it is hereby,

ORDERED, ADJUDGED, AND DECREED, that CHRISTY CORPORATION, LTD, and SCOTT A. CHRISTY, P.E. be dismissed with prejudice with each of the parties to bear their own costs and fees incurred herein.

DATED this 4th day of September, 2018.

_____
DISTRICT JUDGE