1   Eileen Mulligan Marks, Esq.
    Bar No. 005708
2   THE MARKS LAW GROUP, LLP
    1120 Town Center Drive, Suite 200
3   Las Vegas, Nevada 89144
    (702) 341-7870 / Fax: (702) 341-8049
4   efile@markslg.com

5   Attorneys for Defendant
    NASHUA HOMES OF IDAHO, INC.

6

7                    UNITED STATES DISTRICT COURT

8                IN AND FOR THE DISTRICT OF NEVADA

9

10  HUNTER HOLDINGS, LLC, a Nevada          )   Case No. 3:16-cv-00664-MMD-WGC
    limited liability company; ARGENTA RIM,  )
11  LLC, a Nevada limited liability company,  )
                                             )
12              Plaintiffs,                   )   **STIPULATION AND ORDER TO DISMISS:**
                                             )
13  v.                                        )   **PLAINTIFFS' COMPLAINT AGAINST**
                                             )   **DEFENDANTS NASHUA HOMES OF IDAHO,**
14  NASHUA HOMES OF IDAHO, INC., an           )   **INC., MOBILE HOME LOCATORS, INC.**
    Idaho corporation; MOBILE HOME            )   **DBA MHL, INC., AND SCOTT HECK, WITH**
15  LOCATORS, INC., dba MHL, INC., an Idaho   )   **PREJUDICE,**
    corporation; SCOTT HECK, an Idaho         )
16  resident; CHRISTY CORPORATION, LTD.,      )   **AND**
    a Nevada professional corporation; SCOTT A. )
17  CHRISTY, P.E., an individual, inclusive,   )   **DEFENDANTS MOBILE HOME LOCATORS,**
                                             )   **INC. DBA MHL, INC. AND SCOTT HECK'S**
18              Defendants.                   )   **COUNTERCLAIM AGAINST PLAINTIFF**
                                             )   **ARGENTA RIM, LLC, WITH PREJUDICE**
19  _____  )
                                             )
20  AND RELATED COUNTER-CLAIM.               )
    _____  )

21          IT IS HEREBY STIPULATED by and between Plaintiffs HUNTER HOLDINGS, LLC and

22  ARGENTA RIM, LLC, by and through their counsel of record, Mark Uyeno, Esq. of ROBERTSON

23  & ASSOCIATES, LLP, Defendant NASHUA HOMES OF IDAHO, INC., by and through its counsel

24  of record, Eileen Mulligan Marks, Esq. of The MARKS LAW GROUP, LLP, and Defendants MOBILE

25  HOME LOCATORS, INC. dba MHL, INC. and SCOTT HECK, by and through their counsel of

26  record, Paul T. McBride, Esq. of KRING & CHUNG, LLP, that Plaintiffs HUNTER HOLDINGS,

27  LLC and ARGENTA RIM, LLC's Complaint, and all amendments thereto and each and every cause

28  of action alleged therein, against Defendants NASHUA HOMES OF IDAHO, INC., MOBILE

                                        1                        (01027599)

1 | HOME LOCATORS, INC. dba MHL, INC., and SCOTT HECK, LLC is to be dismissed, with

2 | prejudice, with all parties bearing their own attorneys' fees and costs.

3 |       IT IS FURTHER STIPULATED by and between the parties that Defendants MOBILE

4 | HOME LOCATORS, INC. dba MHL, INC. and SCOTT HECK's Counterclaim, and all amendments

5 | thereto and each and every cause of action alleged therein, against Plaintiff ARGENTA RIM, LLC is

6 | to be dismissed, with prejudice, with all parties bearing their own attorneys' fees and costs.

7 |       **IT IS SO STIPULATED.**

8

9 | Dated: 4/4/2019            ROBERTSON & ASSOCIATES, LLP

10

11 | By: _Mark J. Uyeno_
           Mark Uyeno, Esq. / Bar No. 189063

12 |            32121 Lindero Canyon Road, Suite 200
           Westlake Village, CA 91361

13 |            Attorneys for Plaintiffs ARGENTA RIM, LLC and
           HUNTER HOLDINGS, LLC

14

15

16 | Dated: April 4, 2019      THE MARKS LAW GROUP, LLP

17

18 | By: _Eileen Mulligan Marks_
           Eileen Mulligan Marks, Esq. / Bar No. 005708

19 |            1120 Town Center Drive, Suite 200
           Las Vegas, Nevada 89144

20 |            Attorneys for Defendant
           NASHUA HOMES OF IDAHO, INC.

21

22

23 | Dated: 04/04/19       KRING & CHUNG, LLP

24

25 | By: _Paul T. McBride_
           Paul T. McBride, Esq. / Bar No. 005708

26 |            1050 Indigo Drive, Suite 200
           Las Vegas, NV 89145

27 |            Attorneys for Defendants
           MOBILE HOME LOCATORS, INC. dba

28 |            MHL, INC. and SCOTT HECK

{01027599}

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that Plaintiffs HUNTER HOLDINGS, LLC and ARGENTA

RIM, LLC's Complaint, and all amendments thereto and each and every cause of action alleged

therein, as against Defendants NASHUA HOMES OF IDAHO, INC., MOBILE HOME

LOCATORS, INC. dba MHL, INC., and SCOTT HECK LLC is dismissed, with prejudice, with all

parties bearing their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that Defendants MOBILE HOME LOCATORS, INC. dba

MHL, INC. and SCOTT HECK's Counterclaim, and all amendments thereto and each and every

cause of action alleged therein, against Plaintiff ARGENTA RIM, LLC is dismissed, with prejudice,

with all parties to bear their own attorneys' fees and costs.

Dated:  April 4, 2019

UNITED STATES DISTRICT COURT JUDGE
Case No. 3:16-cv-00664-MMD-WGC

Submitted by:

THE MARKS LAW GROUP, LLP

Eileen Mulligan Marks, Esq.
Bar No. 005708
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144

Attorneys for Defendant
NASHUA HOMES OF IDAHO, INC.

3

(01027599)